**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 9, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00318-CR

**JARREN DAME AVIE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 506th Judicial District Court**
**Waller County, Texas**
**Trial Court Cause No. 18-06-16,437**

## MEMORANDUM OPINION

Appellant Jarren Dame Avie has signed and filed a written request to dismiss his appeal. *See* Tex. R. App. P. 42.2(a). Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court

to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Hassan.

Do Not Publish – Tex. R. App. P. 47.2(b)